1230

No. 96–1483. ADVANCED SEMICONDUCTOR MATERIALS AMER-
ICA, INC., ET AL. *v.* APPLIED MATERIALS, INC. C. A. Fed. Cir.
Certiorari denied.

No. 96–1485. GROSSBAUM ET AL. *v.* INDIANAPOLIS-MARION
COUNTY BUILDING AUTHORITY ET AL. C. A. 7th Cir. Certiorari
denied.

No. 96–1486. COMMISSIONER OF INTERNAL REVENUE *v.* D'AM-
BROSIO, EXECUTRIX OF THE ESTATE OF D'AMBROSIO, DECEASED.
C. A. 3d Cir. Certiorari denied.

No. 96–1489. VANCE *v.* PETERS, DIRECTOR, ILLINOIS DEPART-
MENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari de-
nied.

No. 96–1501. MORIEL *v.* PRUNTY, WARDEN, ET AL. C. A. 9th
Cir. Certiorari denied.

No. 96–1503. MCLEOD *v.* OREGON LITHOPRINT, INC., DBA
NEWS-REGISTER PUBLISHING CO., ET AL. C. A. 9th Cir. Cer-
tiorari denied.

No. 96–1512. SOUTH CAROLINA *v.* FOWLER. Ct. App. S. C.
Certiorari denied.

No. 96–1514. CONTE *v.* JOE CONTE TOYOTA, INC. C. A. 5th
Cir. Certiorari denied.

No. 96–1519. WILSON, GOVERNOR OF CALIFORNIA, ET AL. *v.*
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1525. CZERKIES *v.* UNITED STATES POSTAL SERVICE
ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–1530. HASHEMI *v.* AMERICAN EXPRESS TRAVEL RE-
LATED SERVICES CO., INC. C. A. 9th Cir. Certiorari denied.

No. 96–1544. OVERSEAS BULKTANK CORP. ET AL. *v.* ROSE.
Ct. App. La., 5th Cir. Certiorari denied.